## THRUSTON v. McCLANAHAN.

APRIL TERM,
1839.

Thruston
v.
McClanahan.

1. The proceedings in actions commenced before a justice of the peace, are throughout in a summary manner without the forms of pleading.

2. J. M. McC. brought suit against S. T. before a justice of the peace, on an assigned note executed by S. T. The assignment was to M. McC. and defendant was summoned to answer the complaint of M. McC. Judgment was rendered in favor of J. M. McC. Defendant appealed to the circuit court, and entered into an appeal bond to J. M. McC. Held, that defendant thereby admitted that plaintiff was as well known by the name of J. M. McC. as by the name of M. McC.

APPEAL from the circuit court of Morgan county.

*McCord*, counsel for appellant.

TOMPKINS, Judge, delivered the opinion of the court.

McClanahan sued Thruston before a justice of the peace, and having obtained a judgment, Thruston appealed to the circuit court, where the judgment of the court being given against him, he appealed to this court. The suit before the justice was commenced on an assigned note made by Thruston. The assignment was made in these words—" pay to Marshall McClanahan"—and the judgment was rendered in favor of John M. McClanahan. It is assigned for error, that the judgment is given in favor of a person different from the person to whom the note was assigned. The proceedings, in actions commenced before a justice of the peace, are throughout in a summary manner, without the forms of pleading. The summons issued by the justice commanded Thruston to be summoned to answer the complaint of Marshall McClanahan, assignee, &c.; but the appeal bond, required by the statute on all appeals from a justice of the peace, is made by Thruston and his security to John M. McClanahan, assignee. After the cause came by appeal into the circuit court, Thruston, the appellant, enters into an agreement with the appellee, plaintiff in the action before the justice, by the name of John M. McClanahan, thus admitting that he was known as well by the name of John M. McClanahan as by that of Marshall McClanahan. The matter assigned as error appears to me to be of no weight, and therefore the judgment of the circuit court ought, in my opinion, to be affirmed, and such being the opinion of Judge Napton, it is affirmed.

The proceedings in actions commenced before a justice of the peace, are throughout in a summary manner without the forms of pleading.

J. M. McClanahan brought suit against S. T. before a justice of the peace on an assigned note executed by S. T. The assignment was to M. McC. and defendant was summoned to answer the complaint of M. McC. Judgment was rendered in favor of J. M. McC. Defendant appealed to the circuit court, and entered into an appeal bond to J. M. McC. Held, that defendant thereby admitted that plaintiff was as well known by the name of J. M. McC. as by the name of M. McC.